IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDDIE PAZ, | ) |
| *Plaintiff,* | ) |
| | ) No. 07 CV 2098 |
| -vs- | ) |
| | ) *(Judge Kendall)* |
| CITY OF CHICAGO, et al., | ) |
| *Defendants.* | ) |

## AMENDMENT TO COMPLAINT

Pursuant to leave of Court, plaintiff files this amendment to the complaint and, by counsel, alleges as follows:

1. This is a civil action arising under 42 U.S.C. §1983. The jurisdiction of this Court is conferred by 28 U.S.C. §1343, 28 U.S.C. §1367, and 28 U.S.C. §2201.

2. Plaintiff Eddie Paz filed this action on April 17, 2007 seeking damages from six unnamed Chicago police officers for an incident which had allegedly occurred on August 22, 2005.

3. On May 1, 2007, the district court in this action appointed counsel to represent plaintiff.

4. On June 7, 2007, appointed counsel sought leave to withdraw on the ground that his firm represented the City of Chicago and that the City had advised him that "the potential conflict is not one that may be waived."

5. On June 12, 2007, the district court appointed another attorney to represent plaintiff; on June 29, 2007, this attorney sought leave to withdraw because he was a member of a firm which represented the City of Chicago.

6. The City of Chicago appears to have a policy of insisting that law firms which represent the City decline to permit employees or partners of the law firm from accepting appointments in any case in which an employee of the City of Chicago may be a defendant.

7. As a result of this policy, plaintiff did not identify and sue the individual officers referred to in his original complaint.

8. If the officers referred to in plaintiff's original complaint are successful in a statute of limitations defense, plaintiff will have been deprived of property without due process of law, contrary to rights secured by the Fourteenth Amendment to the Constitution of the United States as a result of the City's above referred policy.

Wherefore plaintiff requests that the Court grant him a judgment declaring that if the officers referred to in plaintiff's original complaint are successful in a statute of limitations defense, plaintiff will have been deprived of property without due process of law, contrary to rights secured by the Fourteenth Amendment to the Constitution of the United States

/s/ Kenneth N. Flaxman

———————————————

KENNETH N. FLAXMAN
ARDC No. 830399
200 South Michigan Avenue
Suite 1240
Chicago, Illinois 60604-2430

(312) 427-3200 (phone)
(312) 427-3930 (fax)
knf@kenlaw.com

*attorney for plaintiff*
*(court appointed)*